IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRUCE J. WALZ and<br>RENATTA T. WALZ,<br><br>        Plaintiffs,<br><br>vs.<br><br>DOROTHY L. CALDWELL,<br><br>        Defendant. | Cause No.: 4:08-CV-00807<br><br>JURY TRIAL DEMANDED |

## MEMORANDUM TO COURT REGARDING SETTLEMENT

COMES NOW Defendant Dorothy L. Caldwell, by and through undersigned counsel, and for its Memorandum to Court regarding settlement, states as follows:

1. This matter is pending before the court and is scheduled for a Rule 16 conference today, October 14, 2008, at 4:00 p.m. before the Honorable Terry I. Adelman.

2. The parties have reached and amicable settlement of this matter, and wish to pass the conference for settlement.

Respectfully Submitted,

BROWN & JAMES, P.C.

/s/ Bradley R. Hansmann
Russell F. Watters, #4653
Bradley R. Hansmann, #109827
Attorneys for Defendant
1010 Market Street, 20th Floor
St. Louis, Missouri 63101-2000
314-421-3400
314-421-3128 – FAX
rwatters@bjpc.com
bhansmann@bjpc.com

## CERTIFICATE OF SERVICE

       I hereby certify that on October 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Thomas J. Magee, tmagee@moser.com, Justin A. Hardin, jhardin@moser.com, *attorneys for Plaintiffs*.

                                                     /s/ Bradley R. Hansmann

8339946